AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Daniel Carlton (AKA: Danny Carlton)<br><br>*Defendant* | Case: 1:21-mj-00264<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/24/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Jonathan Daniel Carlton__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) -(2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/24/2021

2021.02.24 15:19:58 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* MARCH 11, 2021, and the person was arrested on *(date)* MARCH 11, 2021
at *(city and state)* JACKSONVILLE FL.

Date: MAR 11, 2021

#5732
*Arresting officer's signature*

TFO JEFFREY Moore
*Printed name and title*